UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

STEPHEN HALL,

      Plaintiff,

      v.                            Case No. 25-CV-1674

CAPT. SCARDINO,
LT. MISTRETTA,
LT. RABIDEAUX,
CO BARRY,
CO EWER, and
DEPUTY LINSCOTT,

      Defendants.

---

## ORDER

---

Plaintiff Stephen Hall, who is currently incarcerated at Waupun Correctional Institution, is representing himself in this 42 U.S.C. § 1983 case. On June 25, 2026, the Court denied Plaintiff's motion for leave to file a second amended complaint. (ECF No. 33.) On July 7, 2026, Plaintiff filed a request for clarification, which the Court construes as a motion for reconsideration. Plaintiff requests that the Court accept the proposed amended complaint he filed with his June 22, 2026, motion to amend.

Under Rule 54(b) of the Federal Rules of Civil Procedure, any order "may be revised at any time before the entry of a judgment adjudicating all the claims and all the parties' rights and liabilities." Fed. R. Civ. P. 54(b); *see Moses H. Cone Mem. Hosp. v. Mercury Const. Corp.*, 460 U.S. 1, 12 (1983) (holding that "every order short of a final decree is subject to reopening at the discretion of the district judge"). The Court has reviewed its June 25, 2026, order denying Plaintiff's motion to amend and concludes that there is no basis to alter the decision. As the Court

explained in its order, the Court denied Plaintiff's motion for leave to file a second amended complaint because Plaintiff filed an incomplete proposed amended complaint and Plaintiff's motion did not specifically state what changes he wanted to make to the complaint.

If Plaintiff chooses to file one, single amended complaint in compliance with the local and federal rules that includes all of his allegations, he should promptly submit it for the Court's consideration. The proposed amended complaint must be attached to a motion for leave to file an amended complaint that states specifically what changes are sought by the proposed amendments. *See* Civil L.R. 15(b) ("A motion to amend a pleading must state specifically what changes are sought by the proposed amendments. The proposed amended pleadings must be filed as an attachment to the motion to amend."). An amended complaint supersedes the prior complaint and must be complete in itself without reference to the original complaint. *See Duda v. Bd. of Educ. of Franklin Park Pub. Sch. Dist. No. 84*, 133 F.3d 1054, 1056 (7th Cir. 1998).

**IT IS THEREFORE ORDERED** that Plaintiff's request for clarification (ECF No. 34), which the Court construes as a motion for reconsideration, is **DENIED**.

Dated at Green Bay, Wisconsin on July 14, 2026.

s/ *Byron B. Conway*
BYRON B. CONWAY
United States District Judge

2