UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

STEPHEN HALL,

Plaintiff,

v. Case No. 25-CV-1674

CAPT. SCARDINO et al.,

Defendants.

**ORDER**

Plaintiff Stephen Hall, who is currently incarcerated at Waupun Correctional Institution, is representing himself in this 42 U.S.C. § 1983 case. This matter comes before the Court on Plaintiff's motion for sanctions and to compel discovery. Plaintiff asserts that Defendants have not responded to the discovery requests he served them on June 23, 2026, and July 2, 2026. The Court's scheduling order clarified that the parties' time to respond to discovery requests is sixty days after service (ECF No. 23.) Therefore, Defendants' discovery responses would not have been due until August 22, 2026, and August 31, 2026, respectively.

In any event, the Court stayed the deadline for discovery on the merits, including Defendants' obligation to respond to Plaintiff's discovery requests, pending a decision on Defendants' motion for summary judgment on exhaustion grounds. (*See* ECF No. 38.) In other words, Defendants are not required to respond to Plaintiff's discovery requests on the merits until the Court issues a decision on Defendants' motion for summary judgment and sets a new discovery deadline. Accordingly, Plaintiff's motion for sanctions and to compel (ECF No. 48) is **DENIED**.

**SO ORDERED** at Green Bay, Wisconsin on August 19, 2026.

*s/ Bryon B. Conway*
BYRON B. CONWAY
United States District Judge